In the Matter of the Claim of MILTON KINGSLEY et al., Respondents, against WILLIAM J. BENDER et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1929; decided October 15, 1929.)

*T. Carlyle Jones* and *Howard F. Barnes* for appellants. *Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on opinion in *Matter of Decker* v. *Pouvailsmith Corporation* (252 N. Y. 1); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.